## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DEIBEL LABORATORIES OF ILLINOIS, INC., and DEIBEL LABORATORIES OF FLORIDA, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:21-cv-04315 |
| 8th AVENUE FOOD & PROVISIONS, INC., | ) ) ) |
| Defendant. | ) |

### DEFENDANT'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

COMES NOW Defendant 8th Avenue Food & Provisions, Inc. by and through its undersigned counsel, and hereby moves for leave to file Defendant's Sur-Reply in Opposition to Plaintiffs' Motion for Preliminary Injunction, attached hereto as **Exhibit 1**. In support, Defendant states as follows:

1. On August 27, 2021, Plaintiffs filed their Motion for Preliminary Injunction. (*See* ECF Nos. 8–9.)

2. On September 15, 2021, Defendant timely filed its Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction. (*See* ECF No. 18.)

3. On September 22, 2021, Plaintiffs filed their Reply in Support of Motion for Injunctive Relief. (*See* ECF No. 19.) In Plaintiffs' Reply, Plaintiffs make several new and inaccurate factual assertions that should be corrected to ensure the Court's decision is based on an accurate record.

4. Defendant accordingly seeks to file a very brief and concise sur-reply to correct the record.

4849-6473-8552.1

5. A motion for leave to file a sur-reply brief should be granted when the sur-reply "provides the court with the information necessary to make an informed decision." *Univ. Healthsystem Consortium v. UnitedHealth Grp., Inc.*, 68 F. Supp. 3d 917, 922 (N.D. Ill. 2014).

6. Defendant's proposed four-page Sur-Reply is necessary to correct Plaintiffs' misstatements, including the status of the Arbitration and the timing of the invoices and testing results issued to Defendant that concern the parties' agreement to arbitrate, as opposed to litigate, this dispute.

7. Without the benefit of Defendant's Sur-Reply to correct Plaintiffs' misstatements, the Court will lack "the information necessary to make an informed decision." *See UnitedHealth Grp., Inc.*, 68 F. Supp. 3d at 922.

WHEREFORE, for the reasons stated above, Defendant respectfully requests leave to file its Sur-Reply in Opposition to Plaintiffs' Motion for Preliminary Injunction, and for this Court to grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated:  October 1, 2021    **LEWIS RICE LLC**

By: /s/  *Richard B. Walsh, Jr.*
Richard B. Walsh, Jr., IL #6187007
Bridget Hoy, IL #6276555
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101-1311
Telephone:  (314) 444-7722
Facsimile:   (314) 214-6056
Email: rwalsh@lewisrice.com
           bhoy@lewisrice.com

***Attorneys for Defendant***

2